UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MDJ/JGL**

This Document Relates To:

VICTOR STRAMONDO,

Plaintiff,

v.

BAYER CORPORATION,

Defendant.

Case No. 02-0145

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their undersigned counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs and attorneys' fees.

Dated: June __, 2003

Gus R. Benitez, Esq.
1223 East Concord Street
Orlando, FL 32803
Tel: (407) 894-5000
Fax: (407) 896-8061

*Counsel for Plaintiff*

VICTOR STRAMONDO
Plaintiff

SCANNED
JUL 2 7 2004
U.S. DISTRICT COURT MPLS

Dated: 7/13/04

Susan Weber /SAH

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that this action is dismissed without prejudice.

DATED: JUL 26 2004

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Stramondo*, No. 02-0145